## COSTLEY v. GRACY.
### No. 7552.

Court of Civil Appeals of Texas. Austin.
Jan. 21, 1931.

Woodward, Hart, Gay & Hart, of Austin, for appellee.

McCLENDON, C. J.

Appellant has filed no assignments of error and the record does not present fundamental error. This ordinarily would call for an affirmance of the judgment.

However, appellant has filed no brief or argument, nor otherwise entered an appearance in this court.

Therefore the appeal is dismissed.

Dismissed.